THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.,
 Helen Robinson, Appellant.
 
 
 

Appeal From Aiken County
 Thomas Russo, Circuit Court Judge

Unpublished Opinion No. 2009-UP-449
 Submitted September 1, 2009  Filed
October 7, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Helen Robinson appeals the revocation of her probation.  Robinson
 argues the circuit court erred in revoking her probation solely for failure to
 report.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Robinsons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.